**FILED & ENTERED**

**OCT 02 2014**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** Gonzalez **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re: | CHAPTER 7 |
| Avram Moshe Perry | Case No.: 1:09-bk-11476-GM<br>Adv No:  1:10-ap-01043-GM |
| Debtor. | **ORDER DENYING DEBTOR'S MOTION TO AMEND ADVERSARY COMPLAINT IN THE EVENT THE COURT WOULD CONSIDER TO DISMISS THE ADVERSARY** |
| Avram Moshe Perry<br><br>Plaintiff,<br>v.<br><br>Chase Auto Finance,  Does 1-100, JPMorgan Chase Bank, N.A.,  Key Auto Recovery<br><br>Defendants. | Date:         September 9, 2014<br>Time:        10:00 a.m.<br>Courtroom:  303<br>           21041 Burbank Blvd.<br>           Woodland Hills, CA |

1   On August 15, 2014, Plaintiff Avram Moshe Perry ("Perry") filed a Motion to
2 Amend Adversary Complaint in the Event the Court Would Consider to Dismiss the
3 Adversary ("Motion").  On August 26, 2014, JPMorgan Chase Bank ("Chase") filed an
4 Opposition to the Motion.
5   Based on a review of the pleadings, as well as argument at the hearing, this
6 Court incorporates its tentative ruling and hereby denies Perry's Motion to Amend
7 Adversary Complaint.
8            ###

Date: October 2, 2014

_____
Geraldine Mund
United States Bankruptcy Judge